Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROSEMARIE VANDICK,<br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br>Defendant. | 3:14-CV-00269-MC<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $16,154.25 pursuant to 42 U.S.C. § 406(b). The attorney fee of $3,364.06 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 30 day of Jan, 2017.

_____
Michael McShane
United States District Court Judge